```
              UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

     IN RE:                                            CASE NO. 04 B 05908
        WARREN JEFFERSON DAVIS JR
        DIETRICH EVANS                                 CHAPTER 13

                                                         JUDGE: BRUCE W BLACK

                Debtor
        SSN XXX-XX-4121      SSN XXX-XX-7487

  ---------------------------------------------------------------------------
                         TRUSTEE'S FINAL REPORT AND ACCOUNT
  ---------------------------------------------------------------------------
        Glenn Stearns, Chapter 13 Standing Trustee, submits the following
  Final Report and Account of the adminstration of the estate pursuant to
  11 USC 1302(b)(1).

        1.  The case was filed on 02/17/04 .

        2.  The case was dismissed without confirmation, 07/23/2004.

        3.  The Debtor paid a total of $  18600.00 .

  ---------------------------------------------------------------------------
  CREDITOR NAME              CLASS            CLAIM AMOUNT    INTEREST       PRINCIPAL
                                                              PAID           PAID
  ---------------------------------------------------------------------------
  FORD MOTOR CREDIT CO       NOTICE ONLY      NOT FILED            .00             .00
  INDYMAC                    CURRENT MORTG          .00            .00             .00
  INDYMAC                    MORTGAGE ARRE    NOT FILED            .00             .00
  FORD MOTOR CREDIT CO       NOTICE ONLY      NOT FILED            .00             .00
  DERWIN P RICHARDSON        REIMBURSEMENT        25.00            .00             .00
          Summary of disbursements:
  ---------------------------------------------------------------------------
                        SECURED      PRIORITY    UNSECURED        OTHER         TOTAL
  ---------------------------------------------------------------------------
  TOTAL CLMS ALLOWED         .00        25.00          .00          .00         25.00
  PRINCIPAL PAID             .00          .00          .00          .00           .00
  INTEREST PAID              .00          .00          .00          .00           .00
  TOTAL PAID                 .00          .00          .00          .00           .00
  The Debtor's attorney, DERWIN P RICHARDSON           , was allowed $   2100.00
  and was paid $       .00 .

  The Trustee received $       .00 .

  Refunds to the Debtor totaled $  18600.00 .

       Wherefore, the Trustee requests an order be entered discharging
  the Trustee and the surety on his bond from any further liability
  in this case.



     Dated: 10/27/04               /S/
                                   GLENN STEARNS
                                   CHAPTER 13 TRUSTEE
```

Case 04-05908 Doc 624 Filed 01/27/09 Entered 01/27/09 12:55:52 Desc Main Document Page 2 of 2

```
                              PAGE   2
    CASE NO. 04 B 05908 WARREN JEFFERSON DAVIS JR & DIETRICH EVANS
```